United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

DEPARTMENT OF HOMELAND             §
SECURITY, IMMIGRATION, AND         §
CUSTOMS ENFORCEMENT,               §
    "Petitioner,"                  §
                                   §
v.                                 §
                                   §   Civil Action No. 1:25-cv-83
GABAR CHOLI                        §
    "Respondent."                  §

## ORDER

Before the Court is Petitioner's "Motion for Issuance of Summons and Order Directing U.S. Marshal Office to Serve Summons and Petition" (Dkt. No. 4). Finding good cause, Petitioner's Motion (Dkt. No. 4) is **GRANTED**. The Clerk of the Court has already issued a Summons. Thus, it is **ORDERED** that the U.S. Marshal's Service serve the Summons and a copy of the Petition herein upon Respondent's representative as provided in the summons. Once service is completed, the Marshal's Office is directed to provide the Clerk with proof that service was accomplished.

Signed on April 21, 2025.

_____
Rolando Olvera
United States District Judge

1 / 1