United States District Court
Southern District of Texas

**ENTERED**

May 05, 2025

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, "Petitioner," | § § § § | |
| v. | § § | Civil Action No. 1:25-cv-00083 |
| GABAR CHOLI, "Respondent." | § § § | |

## ORDER

Before the Court is "Petitioner's Stipulation of Dismissal" (Dkt. No. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner's claims against Defendant are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on  May 5, 2025.

_____

Rolando Olvera
United States District Judge